■ In the Matter of RICHANDA J. BULSON, Respondent, v DAVID R. GRINNELL, Appellant. [922 NYS2d 218]—Appeal from an order of the Family Court, Oneida County (Joan E. Shkane, J.), entered March 18, 2010 in a proceeding pursuant to Family Court Act article 4. The order found respondent to be in willful violation of an order of support.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Carni, Sconiers and Green, JJ.